IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL MALIK ALLAH, | ) |
|         Plaintiff, | ) |
| | ) |
|         v. | ) Civil Action No. 04-1167 |
| | ) |
| LOUIS FOLINO, et al., | ) |
|         Defendants. | ) |

O R D E R

AND NOW, this 25th day of August, 2005, after the plaintiff, Michael Malik Allah, filed a civil rights complaint in the above-captioned case, and after the plaintiff failed to comply with the Court's Order to provide completed service forms on the defendants so as to effect proper service on them, and after a Report and Recommendation was issued by the United States Magistrate Judge, and the parties were granted ten days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the plaintiff, and after independent review of the pleadings, and the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that complaint in the above-captioned case is dismissed for failure to prosecute.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the F.R.App.P., if the plaintiff desires to appeal from this Order, he must do so within thirty (30) days by filing a notice of appeal as provided by Rule 3 F.R.App.P.

/s/ Joy Flowers Conti
United States District Judge

cc:    Michael Malik Allah
        BF-8299
        SCI Greene
        175 Progress Drive
        Waynesburg, PA  15370

Honorable Robert C. Mitchell
United States Magistrate Judge