IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL MALIK ALLAH,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 04-1167 |
| LOUIS FOLINO, et al.,<br>    Defendants. | )<br>)<br>) |

O R D E R

  AND NOW, this 26th day of May, 2006, after the plaintiff, Michael Malik Allah, filed a civil rights complaint in the above-captioned case, and after a motion to dismiss the complaint was submitted by defendant Dr. Stanley Falor, and after a Report and Recommendation was issued by the United States Magistrate Judge, and the plaintiff was granted until April 28, 2006 to file written objections thereto, and no objections having been filed, and upon independent review of the pleadings, and the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

  IT IS ORDERED that the motion to dismiss the complaint filed by defendant Dr. Stanley Falor (Docket No. 131) is granted.

               /s/ Joy Flowers Cont
               United States District Judge

cc: Michael Malik Allah
   BF-8299
   630 Creekview Boulevard
   Covington, GA  30016

   All Counsel of Record

   Honorable Robert C. Mitchell
   United States Magistrate Judge